# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v. ] | Case No. 3:21-cr-220 |
| ] | |
| MAHESH PATEL, ] | |
| ROBERT HARVEY, ] | |
| HARPREET WASAN, ] | |
| STEVEN HOUGHTALING, ] | |
| TOM EDWARDS, and ] | |
| GARY PRUS ] | |

## NOTICE OF APPEARANCE

The undersigned counsel, ANTHONY LAKE, of the law firm of Gillen Withers & Lake LLC, hereby gives NOTICE of his appearance in this case on behalf of Defendant Tom Edwards and requests service of all notices, pleadings and other papers filed in this case as required by the applicable rules of procedure or by order of the Court.

I certify that I am admitted to practice in this Court.

/s/ Anthony Lake
Anthony Lake  (phv20655)
Gillen Withers & Lake LLC
400 Galleria Parkway
Suite 1920
Atlanta, GA   30339
Telephone:   404-842-9700
Fax:   404-842-9750
Email: aclake@gwllawfirm.com

*Attorney for Tom Edwards*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v.  ] | Case No. 3:21-cr-220 |
| ] | |
| MAHESH PATEL, ] | |
| ROBERT HARVEY, ] | |
| HARPREET WASAN, ] | |
| STEVEN HOUGHTALING, ] | |
| TOM EDWARDS, and ] | |
| GARY PRUS ] | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of June, 2022, the forgoing Appearance was electronically filed with the United States District Court, District of Connecticut. Notice of this filing will be sent electronically to all registered e-filers in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Anthony Lake
James M. Moriarty