☐ AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF  Connecticut

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | **JUDGMENT OF ACQUITTAL** |
| Tom Edwards | |
| | CASE NUMBER: 3:21-cr-00220-VAB-5 |

    The Defendant was found not guilty on counts 1 of the Indictment.  IT IS ORDERED that the Defendant is acquitted as to count 1 of the Indictment.

Victor Bolden            Digitally signed by Victor Bolden
                              Date: 2023.04.28 10:16:14 -04'00'

Signature of Judge

Victor A. Bolden, United States District Judge

Name of Judge         Title of Judge

4/28/2023

Date